# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

BRIDGET MCCARTER,

    Plaintiff,

v.                                                                  Case No. 5:18-cv-157-RH/GRJ

CENTURION OF FLORIDA, LLC, and
MHM HEALTH PROFESSIONALS, INC,

    Defendants.

_____/

## JUDGMENT

Based on Federal Rules of Civil Procedure 41(a)(1) and 54(b), the plaintiff Bridget McCarter's claims against the defendant Centurion of Florida, LLC are dismissed without prejudice.

                                            JESSICA J. LYUBLANOVITS,
                                            CLERK OF COURT

August 1, 2018                              s/ Jeremy Wright
DATE                                        Deputy Clerk