IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRIDGET McCARTER,

    Plaintiff,

v.   Case No.  5:18cv157-RH/MJF

MHM HEALTH PROFESSIONALS,
INC.,

    Defendant.

_____/

## ORDER GRANTING SUMMARY JUDGMENT

For the reasons set out on the record of the summary-judgment hearing on June 26, 2019,

IT IS ORDERED:

1. The defendant's summary-judgment motion, ECF No. 44, is granted.

2. The clerk must enter judgment stating, "This action was resolved on a summary-judgment motion. It is ordered that the plaintiff Bridget McCarter recover nothing on her claims against the defendant MHM Health Professionals, Inc. The claims are dismissed on the merits."

3. The clerk must close the file.

SO ORDERED on June 26, 2019.

                              <u>s/Robert L. Hinkle                        </u>
                              United States District Judge