# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

BRIDGET MCCARTER,

    Plaintiff,

v.                        Case No.  5:18-cv-157-RH/MJF

MHM HEALTH PROFESSIONALS INC,

    Defendant.

_____/

## JUDGMENT

This action was resolved on a summary-judgment motion. It is ordered that the plaintiff Bridget McCarter recover nothing on her claims against the defendant MHM Health Professionals, Inc. The claims are dismissed on the merits.

                                              JESSICA J. LYUBLANOVITS,
                                              CLERK OF COURT

<u>June 26, 2019</u>                <u>s/ Jeremy Wright</u>
DATE                                 Deputy Clerk